# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MICHAEL J. PENDLETON,          : No. 60 WM 2014
:
          Petitioner          :
:
:
:
       v.          :
:
:
:
TREVOR A. WINGARD,          :
:
          Respondent          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of October, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED**.